**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RICTASHA L. NELSON, and other
similarly situated individuals,

     Plaintiff,

v.                         Case No. 3:22-cv-1449-TJC-PDB

KEHE DISTRIBUTORS, INC.,

     Defendant.

_____

### O R D E R

     This case is before the Court on the Joint Motion for Entry of Order Approving Settlement. Doc. 18. On August 28, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation recommending granting the motion, approving the settlement as a fair and reasonable resolution of the disputed issues, dismissing the case with prejudice, and directing the clerk to close the file. Doc. 19. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 19, it is hereby

     **ORDERED:**

1.      The Report and Recommendation of the Magistrate Judge, Doc. 19, is **ADOPTED** as the opinion of the Court.

2.      The Joint Motion for Entry of Order Approving Settlement, Doc. 18, is **GRANTED**.

3.      The settlement is **APPROVED** as a fair and reasonable resolution of the disputed issues.

4.      The case is **DISMISSED WITH PREJUDICE**.

5.      The clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 24th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record